United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-00569-HWV |
| Ryan Paul Van Gorden | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1
Date Rcvd: Apr 22, 2021     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

**Recip ID     Recipient Name and Address**
db     + Ryan Paul Van Gorden, 400 Saw Mill Road, Stroudsburg, PA 18360-6969

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 24, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:

**Name     Email Address**

Charles J DeHart, III (Trustee)
    TWecf@pamd13trustee.com

Erik L. Coccia
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION ecoccia@dilworthlaw.com

Jennifer L. Maleski
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION jmaleski@dilworthlaw.com, cchapman-tomlin@dilworthlaw.com

Rebecca Ann Solarz
    on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| RYAN PAUL VAN GORDEN | : | CHAPTER 13 |
| | : | |
| | : | CASE NO.: 5:21-bk-00569-HWV |
| | : | |
| Debtor | : | |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| RYAN PAUL VAN GORDEN, | : | |
| | : | |
| Respondent. | : | |

**ORDER GRANTING MOTION OF PNC BANK, NATIONAL ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) TO EXERCISE RIGHTS AGAINST COLLATERAL**

Upon consideration of the Motion of PNC Bank, National Association ("PNC Bank"), for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) to Exercise Rights Against Collateral (the "Motion"), after Notice and an opportunity for a hearing, no responses having been filed, , it is hereby ORDERED that:

1. The Motion is GRANTED;

2. PNC Bank is granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) to take all action necessary to pursue its rights in the real property located at 820 North 9th Street, Stroudsburg, Pennsylvania 18360, including but not limited to proceeding with the Sheriff's sale that was stayed due to this bankruptcy filing.

Dated: April 22, 2021

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (PAR)

122194267_1