United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-00569-HWV

Ryan Paul Van Gorden  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 2

Date Rcvd: May 05, 2021    Form ID: pdf010    Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan Paul Van Gorden, 400 Saw Mill Road, Stroudsburg, PA 18360-6969 |
| 5399409 | | Jennifer L. Maleski, Esq., Dilworth Paxson LLP, 1500 Market Street, Suite 3500E, Philadelphia, PA 19102-2101 |
| 5406518 | + | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5408061 | Email/Text: Bankruptcy.Notices@pnc.com | May 05 2021 18:48:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 5405718 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 05 2021 18:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Erik L. Coccia | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION ecoccia@dilworthlaw.com |
| Jack N Zaharopoulos (Trustee) | |

| | |
|---|---|
| | TWecf@pamd13trustee.com |
| Jennifer L. Maleski | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION jmaleski@dilworthlaw.com, cchapman-tomlin@dilworthlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | RYAN PAUL VAN GORDEN<br>RAYN P VAN GORDEN<br>VAN GORDEN ENTERPRISES | |
| | Debtor(s) | CHAPTER 13 |
| | CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 5-21-00569-HWV |
| vs. | | |
| | RYAN PAUL VAN GORDEN<br>RAYN P VAN GORDEN<br>VAN GORDEN ENTERPRISES | MOTION TO DISMISS WITH PREJUDICE |
| | Respondent(s) | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE

Upon consideration of the Trustee's Motion to Dismiss with Prejudice, after a hearing held on the Motion on May 5, 2021 at which the Debtor did not appear, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED WITHOUT PREJUDICE for the reasons set forth on the record.

Dated: May 5, 2021        By the Court,

_Henry W. Van Eck, Chief Bankruptcy Judge_ (CD)